LEE (Clifford), Plaintiff in error, v. STATE, Defendant in error.

No. State 156. Submitted under sec. (Rule) 251.54 September 11, 1973.—Decided October 2, 1973.
(Also reported in 210 N. W. 2d 773.)

For the appellant the cause was submitted on the brief of *Paul C. Konnor*, of Milwaukee.

For the respondent the cause was submitted on the brief of *Robert W. Warren*, attorney general, and *Steven B. Wickland*, assistant attorney general.

PER CURIAM. The credibility of witnesses and the weight of the evidence is for the trier of fact to determine. *Bautista v. State* (1971), 53 Wis. 2d 218, 191 N. W. 2d 725. After reviewing the evidence in the light most favorable to the conviction, the court concludes the testimony of the victim of the armed robbery was not inherently incredible and even though it is the only evidence directly implicating the defendant in the crime, it is sufficient to sustain the finding of guilt by the trial court.

The judgment is affirmed.